ELIZABETH HILDENBRAND, Respondent, v. FRIEDMAN AND WALDMAN, INC., Appellant, and SCHOENFELDS CUT RATE STORES, INC.; Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.